**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**MEMO ENDORSED**

FRANKLIN K. REALTY, LLC,

               Plaintiff,

v.

ASPEN AMERICAN INSURANCE COMPANY,

               Defendant.

Civil Action No: 1:24-cv-03441 (JGLC)

**ORDER EXTENDING CERTAIN EXPERT DISCOVERY DEADLINES**

THIS MATTER, having come before the Court upon the joint application of Stanley Kallmann, Esq., counsel for Defendant Aspen American Insurance Company, and John Murphy, Esq., counsel for Plaintiff Franklin K. Realty, LLC, for an Order Extending Certain Discovery Deadlines; and counsel having made one prior request regarding extending fact discovery that was endorsed on December 13, 2024 [Doc. No. 23]; and for good cause shown;

IT IS on this __27th__ day of __January__, 2025, ORDERED THAT:

The Civil Case Management Plan and Scheduling Order entered August 16, 2024 [Dkt. No. 14] is hereby amended as follows:

1. Section 9(a) is amended to include reference to **construction, engineering and design experts**;

2. Section 9(b) is amended to include the following deadlines for expert discovery:

   - **February 28, 2025**: Plaintiff's expert report due;

   - **March 28, 2025**: Defendant's expert report due;

   - **April 18, 2025**: deadline for deposition of Plaintiff's expert witnesses; and

   - **May 7, 2025**: deadline for deposition of Defendant's expert witnesses.

1

3. Section 13 is amended to extend the post-expert discovery joint status letter to **May 14, 2025**;

4. The Case Management Conference, previously scheduled for March 4, 2025 at 10:00 a.m., is RESCHEDULED for May 27, 2025 at 12:00 p.m. in Courtroom 11B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York; and

5. All remaining entries and deadlines (including Sections 9(c) and 9(d)) in the Civil Case Management Plan and Scheduling Order [Doc. No. 14] and in Memo Endorsed December 11, 2024 Letter from Stanley Kallmann, Esq. [Doc. No. 23] shall remain unchanged.

Dated: New York, New York
January 27, 2025

SO ORDERED.

*Jessica Clarke*
Jessica G. L. Clarke, U.S.D.J.

**WEINER LAW GROUP LLP**

BY: /s/ Stanley W. Kallmann
Stanley W. Kallmann, Esq.
629 Parsippany Road
P.O. Box 0438
Parsippany, New Jersey 07054
Tel: (973) 403-1100
*Attorneys for Defendant Aspen American Insurance Company*

**JOHN MURPHY & ASSOCIATES, P.C.**

BY: /s/ John Murphy
John Murphy, Esq (JM-5094)
171 Madison Avenue, Suite 305
New York, New York 10016
Tel: (646) 862-2012
*Attorneys for Plaintiff Franklin K. Realty, LLC*